**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00663-CV

### IN THE INTEREST OF S.V & S.V., CHILDREN

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

## ORDER

The Court has before it appellant's February 26, 2013 unopposed motion to extend time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by March 28, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE